FILED
CHARLOTTE, NC
SEP 12 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISCELLANEOUS NO. 3:11mc141

RE: Introduction to Concealed Carry Law

## ORDER

THIS MATTER is before the Court on its own motion to authorize Officer Terry Burgin, Court Security Officer to conduct an Introduction to Concealed Carry Law Class on September 28, 2011, or such other date(s) established by the Clerk of Court.

Only Mr. Burgin is authorized to bring firearms and other weapons used for personal defense into the U.S. Courthouse for the purpose of demonstration and instructional purposes during the class. All such weapons shall be cleared by the U.S. Marshal Service or Court Security Officer the day of the class. There shall be no live ammunition in the classroom. Upon the conclusion of the classes, all weapons are to be secured and removed from the courthouse.

The Clerk is directed to provide a copy of this Order to Officer Burin, the U.S. Marshal and the Court Security Office.

SO ORDERED, this 12th day of September, 2011.

Robert J. Conrad, Jr., Chief
U.S. District Judge